IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02035-DME-BNB

DIAMOND ROSE SHEARS, LLC, an Arizona limited liability company,

Plaintiff,

v.

HATTORI HANZO SHEARS, LLC, an Oregon limited liability company,
JONATHAN KLEIN, an individual, and
CHRIS MCCARLEY, an individual,

Defendants.

_____

## ORDER
_____

I am informed that this case has been resolved, subject to one contingency.  Accordingly,

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with

prejudice, pursuant to Fed. R. Civ. P. 41(a), if at all, on or before **March 8, 2010**.

Dated February 22, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge