IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02035-DME-BNB

DIAMOND ROSE SHEARS, LLC, an Arizona limited liability company,

Plaintiff,

v.

HATTORI HANZO SHEARS, LLC, an Oregon limited liability company,
JONATHAN KLEIN, an individual, and
CHRIS MCCARLEY, an individual,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Copy of Transcript** [docket no. 45, filed March 4, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. A transcript is to be provided UNDER SEAL.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **April 9, 2010**, or a status report addressing why dismissal has not been accomplished.


DATED: March 4, 2010