IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02035-DME-BNB

DIAMOND ROSE SHEARS, LLC,

    Plaintiff,

v.

HATTORI HANZO SHEARS, LLC,
JONATHAN KLEIN, and
CHRIS MCCARLEY,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal.

The Court has considered this subject stipulation and believes itself fully advised.

IT IS ORDERED THAT the stipulation of the parties is APPROVED.

IT IS FURTHER ORDERED that this civil action is dismissed with prejudice.

Each party shall pay its own costs and attorneys' fees.

Dated: April 16, 2010

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE